UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

    Plaintiff,                                         Case No. 21-mj-30048
                                                   Hon. Matthew F. Leitman

v.

**KRISTOPHER KYLE MCCHESTER**,

    Defendant.

_____/

## ORDER GRANTING EMERGENCY MOTION TO VACATE ORDER GRANTING PRETRIAL RELEASE (ECF No. 10), VACATING ORDER OF PRETRIAL RELEASE, REVOKING BOND, AND ORDERING THAT DEFENDANT BE DETAINED PENDING TRIAL

On January 27, 2021, a Magistrate Judge entered an order granting pretrial release to Defendant Kristopher Kyle McChester (ECF No. 12) and granted him bond (ECF No. 13).  The Government thereafter filed an Emergency Motion to Vacate the Order Granting Pretrial Release (ECF No. 10).  The Court held a video hearing on the Government's emergency motion on January 28, 2021.  For the reasons stated on the record during the hearing, IT IS HEREBY ORDERED THAT:

    1.     The Government's motion is GRANTED;

    2.     The order granting pretrial release is VACATED;

    3.     Bond is REVOKED; and

4. Defendant shall be DETAINED pending trial.

**IT IS SO ORDERED.**

                                           s/Matthew F. Leitman
                                           MATTHEW F. LEITMAN
                                           UNITED STATES DISTRICT JUDGE

Dated: January 28, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 28, 2021, by electronic means and/or ordinary mail.

                                           s/Holly A. Monda
                                           Case Manager
                                           (810) 341-9764